AO 442

FID #: 11641014

FILED

FEB 2 4 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY

SEALED

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

ORDERED UNSEALED on **02/21/2025** s/ RC

UNITED STATES OF AMERICA

v.

Alejandro Salinas (2)

## WARRANT FOR ARREST

**Case Number:** 23cr0618-JO-2

~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Alejandro Salinas (2)
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition ☐ Pretrial Violation

charging him or her with (brief description of offense):
21:959, 960, 963 - International Conspiracy to Distribute Controlled Substances
21:952, 960, 963 - Conspiracy to Import Controlled Substances
21:841(a)(1), 846 - Conspiracy to Distribute Controlled Substances
18:981(a)(1)(C),982, 21:853, 28:2461(c) - Criminal Forfeiture

RECEIVED U.S. MARSHALS S/CA 2023 APR -6 PM 2:2?

DATE: 2-20-2025
ARRESTED BY: [signature]
S4 OOE
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: [signature]

In violation of Title See Above United States Code, Section(s)

John Morrill
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

s/ G. Vocal [signature]
Signature of Deputy

04/06/2023, San Diego, CA
Date and Location

Bail fixed at $ No Bail by The Honorable Daniel E. Butcher
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

jms