FILED
Apr 06 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ gloriavocal DEPUTY

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

October 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>[redacted]<br>ALEJANDRO SALINAS (2),<br>[redacted]<br>SARAH BOLANOS (4),<br>THOMAS TIBBITTS (5),<br>GEORGE EDUARD RAMIREZ (6),<br>MARIA JAQUELINE DELGADO ROCHA (7),<br>SHAWN WOODALL (8),<br>[redacted],<br>Defendants. | Case No. '23 CR0618 JO<br>I N D I C T M E N T<br>Title 21, U.S.C., Secs. 959, 960 and 963 - International Conspiracy to Distribute Controlled Substances; Title 21, U.S.C., Secs. 952, 960 and 963 - Conspiracy to Import Controlled Substances; Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Controlled Substances; Title 21, U.S.C. Secs. 841(a)(1) and 841(b)(1)(B) - Distribution of Fentanyl; Title 18, U.S.C., Secs. 1956(h), 1956(a)(1)(A)(i), and (a)(1)(B)(i), Conspiracy to Launder Monetary Instruments; Title 18, U.S.C., Secs. 981(a)(1)(C) and 982, and Title 21, U.S.C., Sec. 853, and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to the date of this indictment, within the Southern District of California, the country of Mexico, and elsewhere, defendants [redacted]

[redacted], ALEJANDRO SALINAS, and [redacted] who will first enter the United States within the Southern District of California, did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury, to distribute and cause the distribution of a controlled substance, to wit: 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), and 50 grams and more of methamphetamine (actual), both Schedule II Controlled Substances, intending, knowing and having reasonable cause to believe that such fentanyl and methamphetamine, would be unlawfully imported into the United States; all in violation of Title 21, United States Code, Sections 959, 960, and 963.

<u>Count 2</u>

Beginning at a date unknown to the grand jury and continuing up to the date of this indictment, within the Southern District of California, and elsewhere, defendants [redacted], ALEJANDRO SALINAS, [redacted], SARAH BOLANOS, THOMAS TIBBITTS, GEORGE EDUARD RAMIREZ, MARIA JAQUELINE DELGADO ROCHA, SHAWN WOODALL, and [redacted], did knowingly and intentionally conspire with each other and with other persons, known and unknown to the grand jury, to import a controlled substance, to wit: 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), and 50 grams and more of methamphetamine (actual), both Schedule II Controlled Substances; into the United States from a place outside thereof; all in violation of Title 21, United States Code, Sections 952, 960, and 963.

//

//

Count 3

Beginning on a date unknown to the grand jury and continuing up to the date of this indictment, within the Southern District of California, and elsewhere, defendants [redacted] ALEJANDRO SALINAS, [redacted] SARAH BOLANOS, THOMAS TIBBITTS, GEORGE EDUARD RAMIREZ, MARIA JAQUELINE DELGADO ROCHA, SHAWN WOODALL, and [redacted] did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury, to distribute 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), and 50 grams and more of methamphetamine (actual), both Schedule II Controlled Substances; all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Count 4

On or about July 26, 2022, within the Southern District of California, defendant SHAWN WOODALL, did knowingly and intentionally distribute 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; to wit: approximately 200 grams of fentanyl; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

Count 5

On or about January 4, 2023, within the Southern District of California, defendant THOMAS TIBBITTS, did knowingly and intentionally distribute 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled

Substance to wit: approximately 53 grams of fentanyl; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

Count 6

Beginning on a date unknown to the grand jury and continuing to the date of this Indictment, within the Southern District of California, and elsewhere, defendant SARAH BOLANOS did knowingly and intentionally conspire with other persons known and unknown to the grand jury to conduct and attempt to conduct financial transactions affecting interstate commerce, which transactions involved the proceeds of specified unlawful activity, that is, the felonious importation and distribution of controlled substances punishable under Title 21, United States Code, Chapter 13,

a. with the intent to promote the carrying on of such specified unlawful activity in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i); and

b. knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, and while conducting and attempting to conduct such financial transactions knew the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 through 6 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 981(a)(1)(C)

and 982, and Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

2. Upon conviction of one or more of the felony offenses alleged in Counts 1 through 5 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants [redacted], ALEJANDRO SALINAS, [redacted], SARAH BOLANOS, THOMAS TIBBITTS, GEORGE EDUARD RAMIREZ, MARIA JAQUELINE DELGADO ROCHA, SHAWN WOODALL, and [redacted], shall forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations.

3. Upon conviction of the offense alleged in Count 6 of this Indictment, and pursuant to Title 18, United States Code, Section 982(a)(1), defendant SARAH BOLANOS shall forfeit to the United States all her rights, title and interest in any and all property, real and personal, involved in such offense, and any property traceable to such property.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 18, United States Code, Section 982(b), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982, and Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

DATED: April 6, 2023.

A TRUE BILL:

Foreperson

RANDY S. GROSSMAN
United States Attorney

By: ADAM GORDON
Assistant U.S. Attorney

I hereby attest and certify on Apr 06, 2023 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By: s/ G. Vocal
Deputy