# ATTACHMENT TO RECORD DESIGNATION FORM

3:23-cr-00618-JO-2

- Cr Doc No. 354 – change of plea hearing on 11/07/2025 before the Magistrate Judge Michelle M. Pettit: Court recording CD# 11/18/2025 MMP 25:2:30-3:0

- Cr. Doc No. 392 – sentencing hearing on 02/13/2026 before U.S. District Court Jinsook Ohta. The court reporter was Cristine Gerongco